# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**498**
**CA 15-00806**
PRESENT: SMITH, J.P., CENTRA, DEJOSEPH, CURRAN, AND SCUDDER, JJ.

---

INDUS PVR LLC, PLAINTIFF-RESPONDENT,

V                                        MEMORANDUM AND ORDER

MAA-SHARDA, INC., DEFENDANT-APPELLANT,
ROSHAN HOSPITALITY, INC., ET AL., DEFENDANTS.
(APPEAL NO. 2.)

---

FRANK A. ALOI, ROCHESTER, AND ROBERT J. LUNN, FOR DEFENDANT-APPELLANT.

WOODS OVIATT GILMAN LLP, ROCHESTER (JOHN C. NUTTER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

-----------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Ontario County (Matthew A. Rosenbaum, J.), entered November 5, 2014.  The order, among other things, ordered that an undertaking in the sum of two million dollars is required.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same memorandum as in *Indus PVR LLC v MAA-Sharda, Inc.* ([appeal No. 1] ___ AD3d ___ [June 10, 2016]).

Entered:  June 10, 2016                    Frances E. Cafarell
                                           Clerk of the Court